

# Fourth Court of Appeals
## San Antonio, Texas

November 13, 2018

No. 04-18-00829-CR

Gregory G. **PAEZ,**
Appellant

v.

The **STATE** of Texas,
Appellee

From the 186th Judicial District Court, Bexar County, Texas
Trial Court No. 2017CR7574
Honorable Jefferson Moore, Judge Presiding

# O R D E R

Appellant filed a notice of appeal in this and one related appeal, numbered 04-18-00828-CR, and 04-18-00829-CR. In the case underlying this appeal, trial court cause number 2017-CR-7574, Appellant was indicted for tampering with evidence with intent to impair an investigation.

On October 25, 2018, in trial court cause number 2017-CR-7573, Appellant was convicted of burglary of a habitation using force and sentenced to confinement for twenty years.

Citing Appellant's conviction and sentence in trial court cause number 2017-CR-7573, the State moved to dismiss cause number 2017-CR-7574. The trial court granted the State's motion.

Appellant timely filed a pro se notice of appeal for trial court cause number 2017-CR-7574, which is this appeal, numbered 04-18-00829-CR. Appellant appears to be appealing the trial court's order dismissing trial court cause number 2017-CR-7574.

However, the clerk's record does not contain a trial court's certification of Appellant's right to appeal. Appellant's "appeal must be dismissed if a certification that shows the defendant has a right of appeal has not been made part of the record under these rules." *See* TEX. R. APP. P. 25.2(d).

We ORDER Appellant to cause a trial court certification to be filed in this court within THIRTY days of the date of this order showing Appellant has the right of appeal. *See* TEX. R.

App. P. 25.2(d), 37.1; *see also Dears v. State*, 154 S.W.3d 610 (Tex. Crim. App. 2005); *Daniels v. State*, 110 S.W.3d 174 (Tex. App.—San Antonio 2003, no pet.).  If no trial court certification is filed as ordered, we will dismiss this appeal.  *See* Tex. R. App. P. 25.2(d).

All other appellate deadlines are SUSPENDED pending further order of this court.

Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 13th day of November, 2018.



KEITH E. HOTTLE,
Clerk of Court